ESTHER V. BUNTING, Respondent, v. LLOYD H. BUNTING, Appellant.—

No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.